UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY E. SOUTHWARD,

    Petitioner,

  v.

MILLICENT WARREN,

    Respondent.

_____/

CASE NO. 08-CV-10398

HON. GEORGE CARAM STEEH

ORDER DENYING MOTIONS FOR CERTIFICATE OF APPEALABILITY
AND FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL [DOCS. 24, 27]

This matter is before the court on Petitioner's motions for a certificate of appealability and for leave to proceed *in forma pauperis* on appeal regarding the court's denial of his petition for a writ of habeas corpus. The court, however, denied a certificate of appealability in its opinion and order denying the petition. The court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. See Hence v. Smith, 49 F.Supp.2d 547, 550 (E.D. Mich. 1999); Czajkowski v. Tindall & Assoc., P.C., 967 F.Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing that a different disposition must result from a correction thereof, as required by local Rule 7.1(h)(3). Accordingly, the court DENIES petitioner's motions.

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: March 29, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the parties/attorneys of record on March 29, 2010, by electronic and/or ordinary mail.

                                                S/Marcia Beauchemin
                                                Deputy Clerk